IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN DOHERTY<br><br>Defendant | : CRIMINAL NO: 09-771-3 |

## ORDER

AND NOW, this _____ day of June, 2010, upon consideration of the Joint Motion to Continue Sentencing, it is hereby ORDERED that said Motion is GRANTED and that the trial in this matter will be postponed to December, _____, 2010.

BY THE COURT:

_____
McLaughlin, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN DOHERTY<br><br>Defendant | : CRIMINAL NO: 09-771-3 |

## JOINT MOTION TO CONTINUE SENTENCING

Counsel for Defendant, Stephen Doherty, hereby file this Joint Motion to Continue Sentencing, and in support thereof state as follows:

1. Pursuant to this Court's Order of April 9, 2010, Mr. Doherty's sentencing is currently set for July 14, 2010 at 3:00 PM before Your Honor.

2. The trial of the codefendants in this case is currently scheduled for October 4, 2010.

3. The parties, in consultation with the United States Probation Office, determined that due to the nature of the case, additional time is required in order to prepare for sentencing.

4. Assistant United States Attorney Nancy Rue proposed a date in early December. Undersigned Counsel for Mr. Doherty have no objection to a sentencing date after the trial of the codefendants and within this time period.

5.    Accordingly, there is good cause to continue Mr. Doherty's sentencing in this matter until a later date to be set by Your Honor.

**WHEREFORE**, it is respectfully requested that the Court grant this Joint Motion to Continue Sentencing and reset the sentencing of Mr. Doherty for a date in early December.

Respectfully submitted,

BY:    s/ Megan S. Scheib
       Robert E. Welsh, Esquire
       William J. Winning, Esq.
       Megan Scheib, Esquire

## CERTIFICATE OF SERVICE

I, Megan Scheib, Esq., hereby certify that on June 4, 2010, a true and correct copy of the Joint Motion to Continue Sentencing was served on this date *via* Email as follows:

Nancy Ru, Assistant United States Attorney
Office of the United States Attorney for the
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

BY:   s/ Megan S. Scheib
      Robert E. Welsh, Esquire
      William J. Winning, Esq.
      Megan Scheib, Esquire