# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN DOHERTY<br><br>Defendant | : CRIMINAL NO: 09-771-3 |

## ORDER

AND NOW, this 29th day of June, 2011, upon consideration of the Defendant's Motion for Modification of Conditions of Bail, it is hereby ORDERED that said Motion is GRANTED; and, it is further ORDERED that:

A. The travel restrictions on the defendant are modified so as to permit him to travel to the Western District of Pennsylvania in accordance with sections B and C below, as well as the District of New Jersey and the Eastern District of Pennsylvania, as established in the Court's Conditions of Release Order of December 15, 2009; and

B. The defendant is hereby permitted to travel to Camp Woodward located in Woodward, Pennsylvania, for the purpose of picking up his son and bringing him home on or around July 9, 2011.

C.  The defendant is also hereby permitted to travel to this location during the preceding week in the event that an issue arises during his son's attendance at Camp Woodward that requires parental intervention and/or an earlier pick up date to return his son home.

BY THE COURT:

_____
McLaughlin, J.

2